CITY OF GRAFTON *v.* GRAFTON BANKING AND TRUST COMPANY et al., C. E. LAWHEAD, *Receiver, Appellant*

(No. 7708)

Submitted March 6, 1934.   Decided March 20, 1934.

W. *Merle Watkins,* for appellant.
G. W. *Ford,* for City of Grafton.

MAXWELL, JUDGE:

This is an appeal from a decree of the circuit court of Taylor County declaring that the sum of $4,474.31 which was on deposit to the credit of the City of Grafton in the Grafton Banking and Trust Company when it ceased business October 10, 1931, is a trust fund now held by the receiver of the bank for the benefit of the city, under the principle applied in *County Court* v. *Bank,* 112 W. Va. 476, 164 S. E. 659.

In pursuance of a requirement of the city's charter, Acts 1913, ch. 79, sec. 9, the city authorities designated said bank as a depository for city funds for one year beginning December 1, 1929, and required of the bank a $10,000 bond which was promptly executed and approved. When the year expired there was on deposit to the city's credit the sum of $13,060.34. The account was continued in active manner until the bank closed.

Preliminary to a determination of the city's right to have the said balance of account declared a trust fund, there should be ascertainment of whether there is liability on the bond. The sureties should be before the court. *County Court of Greenbrier County* v. *Bank of Williamsburg,* 114 W. Va. 703, 173 S. E. 784.

Therefore we reverse the decree and remand the cause for further proceedings not at variance with this opinion.

*Reversed and remanded.*